UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Leland Foster,

        Plaintiff,

vs.

ALMA MCD MANAGEMENT, INC.,
a Michigan corporation for profit,

        Defendant.

Case No. 1:18-cv-11721

Honorable George Caram Steeh

**STIPULATED ORDER OF DISMISSAL**

---

OWEN B. DUNN, JR. (P66315)'
Law Offices of Owen Dunn, Jr.
The Ottawa Hills Shopping Center
4334 W. Central Ave., Ste. 222
Toledo, OH  43615
(419) 241-9661
(419) 241-9737 - Fax
dunnlawoffice@sbcglobal.net

MARK J. ZAUSMER (P31721)
ANDREA M. JOHNSON (P67522)
Zausmer, August & Caldwell, P.C.
Attorneys for Defendant
32255 Northwestern Hwy, Suite 225
Farmington Hills, MI  48334
(248) 851-4111  Fax: (248) 851-0100
mzausmer@zacfirm.com
ajohnson@zacfirm.com

## STIPULATED ORDER OF DISMISSAL

This matter having come before the Court upon the stipulation of the parties, through their respective undersigned counsel, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Complaint and all claims therein against Defendant Alma Mcd Management, Inc. are dismissed with prejudice and without costs to any party.

**THIS ORDER RESOLVES THE LAST PENDING CLAIM AND CLOSES THIS CASE.**

                                                s/George Caram Steeh
                                                **U.S. DISTRICT COURT JUDGE**

Dated: August 2, 2018

Approved:

| | |
|---|---|
| /s/ Owen B. Dunn (w/consent) | /s/ Andrea M. Johnson |
| OWEN B. DUNN, JR. (P66315) | ANDREA M. JOHNSON (P67522) |
| Law Offices of Owen Dunn, Jr. | Zausmer, August & Caldwell, P.C. |
| Attorney for Plaintiff | Attorney for Defendant |